_____

No. 95-2500
_____


John C. Wray, II,                    *
                                     *
        Appellant,                   *
                                     *  Appeal from the United States
    v.                               *  District Court for the
                                     *  District of Nebraska.
David Avery; Harold W. Clarke;       *
Charles West,                        *        [UNPUBLISHED]
                                     *
        Appellees.                   *


_____

        Submitted:  January 19, 1996

          Filed:  January 23, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____


PER CURIAM.


     Nebraska inmate John Wray appeals the district court's[1] grant
of summary judgment to defendant prison officials in his 42 U.S.C.
§ 1983 action.  Having carefully reviewed the record and the
parties' briefs, we conclude that summary judgment was properly
granted, and we affirm the judgment of the district court.  See 8th
Cir. R. 47B.

_____

     [1]The Honorable Richard G. Kopf, United States District Judge
for the District of Nebraska.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.